UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ANTHONY PAYNE**                                   Civil Action Number:

      **Plaintiff,**

Vs.

FILED by AJS D.C.

DEC 17 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**AETNA LIFE INSURANCE COMPANY
And INFORMATION SOLUTION
COMPANY a/k/a CORELOGIC**

      **Defendants.**

## COMPLAINT

The Plaintiff, for his **First Cause of Action**, alleges:

1. That the Plaintiff is a resident of the County of Broward, State of Florida, and has been at all times since his benefits under Information Solution Company a/k/a CoreLogic "Group Accident and Health Insurance Policy" were vested.

2. That the Defendant Information Solution Company a/k/a CoreLogic established the Information Solution Company a/k/a CoreLogic Group Accident and Health Insurance Policy, including Short Term Disability - Core Plan and the Long Term Disability - Core Plan, establishing plans where contributing and covered employees would be eligible for certain employee welfare benefits upon short term disability and long term disability. That the Defendant Information Solution Company a/k/a CoreLogic states the short term disability and long term disability rights in its Information Solution Company a/k/a CoreLogic " Group Accident and Health Coverage". In this and other documents, Information Solution Company a/k/a CoreLogic, is stated as employer, fiduciary, policy holder, and also sponsor, and also Plan Administrator, under Plan Number 502 and also under Group Policy Number GP-476734 - GID, an ERISA Short Term Disability Plan and Long Term Disability Plan and subject of this action.

3. That at the time the Plaintiff became eligible, and continuing until today, the claims administrator was stated as Aetna Life Insurance Company.

4. That the Defendant Aetna Life Insurance Company, as "underwriter" and as third-party claims service provider, is now claims administrator of the Short Term Disability Plan and Long Term Disability Plan and reviewed claims on behalf of the Defendant Information Solution Company a/k/a CoreLogic, and is the entity that denied Plaintiff benefits by administrative denial letter.

5. That all Defendants are United States corporations that do business in the State of Florida.

6. That the Plaintiff, as an employee of Information Solution Company a/k/a CoreLogic, was an eligible employee who applied for benefits there under in August 10, 2012. He was incapacitated and unable to perform the material duties of his regular occupation post December 17, 2010.

7. That the Plan is an employee benefit plan as covered by the Employee Retirement Income Security Act of 1974 (hereafter "ERISA"), as to all parties herein, and Plaintiff has timely legal rights of appeal per Section 502(a) of ERISA.

8. That as an eligible employee, the Plaintiff is entitled to Short Term Disability and Long Term Disability pursuant to the Information Solution Company a/k/a CoreLogic " Group Accident and Health Insurance Policy ".

9. That as an eligible employee, the Plaintiff, is entitled a Short Term Disability weekly income benefit pursuant to pertinent sections of the Plan and the said figure is 70% of his predisability earnings calculated on a weekly basis for weeks 1 through 26 and a Long Term Disability monthly income benefit pursuant to pertinent sections of the Plan and the said figure is 60% of his predisability earnings calculated on a monthly basis. That sum has not been paid.

10. Plaintiff suffered from jaundice, drowsiness, edema, ascites, autoimmune diseases, rheumatoid arthritis, cataracts, eye lens replacement, cholestasis, esophageal varices, liver encephalopathy stage four, diarrhea, nausea, loss of appetite, osteopenia, chronic pain, gastroesophageal reflux, liver cirrhosis stage four, liver transplantation, diabetes mellitus, hypertension, tendency to bruise or bleed easily, fatigue, weakness, primary sclerosing cholangitis, pruritus, folliculitis, and inability to do work activities post December 17, 2010.

11. Plaintiff applied for short term disability under the Information Solution Company a/k/a CoreLogic Group Accident and Health Insurance Policy. The Defendants herein immediately denied Plaintiff by the denial letters dated September 13, 2012.

12. Said denial has severely injured and prejudiced Plaintiff, not only due to lack of funds he is and has been due by contract, but also because said denial has precluded him from filing for ERISA Long Term Disability benefits due him per policy number LTD-GP-800452. He cannot sue in this action for those benefits, since he cannot apply until successful conclusion of this action.

13. Plaintiff has been found totally disabled from ability to do substantial gainful activity by Social Security Administration as of December 20, 2010, by approval letter of March 19 2011. Receipt of these benefits does not affect the Short Term Disability benefits right in his lawsuit.

14. Despite overwhelming medical evidence proving not only inability to do his job, the Defendants have refused to pay Plaintiff his justly due benefits, and continued in their arbitrary and capricious conduct and refusal to pay the benefit.

15. Plaintiff, therefore, has been forced to bring this action, per Employee Retirement Income Security Act Section 502(a), and prays all relief thereunder.

16. That the Defendants' actions are an unwarranted breach of the Plaintiffs Short Term Disability Plans by both plan and summary plan descriptions; in violation of ERISA, and have continued to cause the Plaintiff great financial hardship, including the inability to pursue his Long Term Disability Plan benefits.

17. That Plaintiffs gross income at the time of his disability was $37,440.00 annually.

18. That the Plaintiffs damages to date, under the Short Term Disability Plan number STD-GP-800452 only, are 26 weeks of 70% of $37,440.00 annually, being $13,104.00 in damages.

19. That the Defendants denied the Plaintiff conversion of Term Life Insurance Coverage.

20. That the Defendants denied the Plaintiff copies of Plan documents.

**WHEREFORE**, the Plaintiff prays judgment, as follows:

A. For the sum of $13,104.00, being 70% of his former gross to expiration of 26 weeks' benefits under Plan number STD-GP-800452, plus interest;

B. For permission to file administrative claim for Long Term Disability benefits heretofore barred by Defendants ' refusal to grant full Short Term Disability benefits;

C. For a declaratory judgment granting Plaintiff all rights and benefits under the policy/plan and to award Plaintiff monetary judgment for all monies due and owing, with interest;

D. For a declaratory judgment granting Plaintiff all rights and benefits under the policy/plan and to award Plaintiff conversion of Term Life Insurance Coverage;

E. For a declaratory judgment granting Plaintiff all rights and benefits under the policy/plan and to award Plaintiff all copies of Plan documents;

F. For such other and further relief as the Court may find just and proper.

Dated: December 17, 2011

*/s/ Anthony Payne*

Anthony Payne, Plaintiff

I, the undersigned, being duly sworn depose and say: I am ANTHONY PAYNE, the Plaintiff, in this action. I have read the foregoing Summons and Compliant and know the contents thereof; the same are true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

*/s/ Anthony Payne*

Anthony Payne, Plaintiff

Sworn to before me, this
17th day of December 2012

_____

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ

ANTHONY PAYNE

      Plantiffs.

Vs.

AETNA LIFE INSURANCE COMPANY
And INFORMATION SOLUTION
COMPANY a/k/a CORELOGIC

      Defendants.

## COMPLAINT

I, Anthony Payne, plaintiff, in the above styled cause, sue defendant(s): Aetna Life Insurance Company And Information Solution Company a/k/a CoreLogic.

This action is filed under: 29 U.S.C. 1132.

Dated: December 17, 2011

Respectfully submitted,

Anthony Payne
2215 Cypress Island Drive #205
Pompano Beach, Fl 33069
Telephone: (770) 572-6962

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by _____ on _____ on all counsel or parties on the Service List below.

Signature of Filer

United States District Court  
Southern District of Florida

General Civil Case Filing Requirements

Facsimile: _____

_____  
Attorneys for Plaintiff/Defendant *[Party name(s)] (if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____  
Signature of Filer

## SERVICE LIST

| Party or Attorney Name | Party or Attorney Name |
|---|---|
| Attorney E-mail Address *(if applicable)* | Attorney E-mail Address *(if applicable)* |
| **Aetna** | **Core Logic** |
| Firm Name *(if applicable)* | Firm Name *(if applicable)* |
| **8201 Peters Road** | **1625 N.W. 136th Ave. #G100** |
| Street Address | Street Address |
| **Plantation, FL 33324-3265** | **Sunrise, FL 33323** |
| City, State, Zip Code | City, State, Zip Code |
| Telephone: **(954) 382-8100** | Telephone: **(954)-792-2000** |
| Facsimile: _____ | Facsimile: _____ |
| Attorneys for Plaintiff/Defendant *[Party's Name(s)] (if applicable)* | Attorneys for Plaintiff/Defendant *[Party's Name(s)] (if applicable)* |

United States District Court
Southern District of Florida

General Civil Case Filing Requirements

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)] (if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

_____
Party or Attorney Name

_____
Attorney E–mail Address *(if applicable)*

Aetna
Firm Name *(if applicable)*

8201 Peters Road
Street Address

Plantation, FL 33324 -3265
City, State, Zip Code

Telephone: (954) 382-8100

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_____
Party or Attorney Name

_____
Attorney E–mail Address *(if applicable)*

Core Logic
Firm Name *(if applicable)*

1625 N.W. 136th Ave. #G100
Street Address

Sunrise, FL 33323
City, State, Zip Code

Telephone: (954)-792-2000

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

29